PER CURIAM.

(No. 75-CC-918— )

LOIS MOE, Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed April 28, 1975.*

LOIS MOE, Claimant, pro se.

539

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.